[No. 6268.   Decided February 27, 1907.]

M. PYATT, *Appellant*, v. OSCAR HEGQUIST *et al., Respondents.*[1]

Appeal from a judgment of the superior court for King county, Frater, J., entered January 6, 1906.   Affirmed.

*J. W. Brown*, for appellant.

*Alfred E. Parker*, for respondents.

PER CURIAM.—This case involves the same questions of law and substantially the same facts as the case of *Pyatt v. Hegquist, ante* p. 504, 88 Pac. 933, and upon the authority of the opinion filed in that case the judgment of the superior court is affirmed herein.

[1]Reported in 88 Pac. 935.